1
2
3                       UNITED STATES DISTRICT COURT
4                for the WESTERN DISTRICT of WASHINGTON
5
   THEOPHILE LaFARGUE,                  )
6                                       )
                        Plaintiff,      )
7                                       )
               vs.                      )            C05-664 RSL
8  JO ANN B. BARNHART, Commissioner     )
   of Social Security,                  )
9                                       )         **MINUTE ORDER**
                                        )
10                                      )
                        Defendant.      )
11
12  _____
13      This action has been reassigned to the Honorable Robert S. Lasnik, Chief
    United States District Judge.    All future documents filed in this case must bear the
14  cause number C05-664 RSL and bear the Judge's name in the upper right hand corner
15  of the document.
16
17      It appearing from the files and records herein that this is an appropriate
    proceeding to refer to a full-time United States Magistrate Judge for the purposes
18  hereinafter set forth, pursuant to Local Rule MJR 4(A)(4) and as authorized by
19  Mathews, Secretary of HEW vs Weber, 432 US 261 (1976), now therefore,
20      Pursuant to the General Order entered by the Chief Judge on 30 April 2004, IT
21  IS ORDERED that the above entitled action is hereby referred to the Honorable James
22  P. Donohue, United States Magistrate Judge, who is directed and empowered to review
    the administrative record, and to submit proposed findings and conclusions, and
23  recommended disposition.  The procedure for review of those recommendations shall
24
25
26
27
28

1  be in accordance with FRCP 72(b) and with Local Rule MJR 4(c).

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                         Dated this 7th day of July, 2005

26                                         Bruce Rifkin, Clerk of Court

27
                                           /S/ PETER H. VOELKER
28                                         Peter H. Voelker, Deputy Clerk